UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-149** |
| | : | |
| **CHANCE ANTHONY UPTMORE** | : | |
| **and JAMES HERMAN UPTMORE,** | : | |
| **also known as "Sonny" Uptmore,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

NOW COMES JOHN A. CONVERY and hereby gives notice that he has been retained and enters his appearance as Counsel for Chance Uptmore in the above-referenced cause.

Respectfully submitted

HASDORFF & CONVERY, P.C.
2313 N Flores
San Antonio, Texas 78212
(210) 738-9060
(210) 738-9426 FAX
hasconpc@aol.com

BY:     /s/_____
John A. Convery
State Bar No. 04715100

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was filed electronically with the U.S. District Clerk's Office using the CM/ECF System and delivered to the United States Attorney's Office (AUSA Angela Buckner ).

                                                                       _____/s/_____

                                                                 John A. Convery

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-cr-149** |
| : | |
| **CHANCE ANTHONY UPTMORE** : | |
| **and JAMES HERMAN UPTMORE,** : | |
| **also known as "Sonny" Uptmore,** : | |
| : | |
| **Defendants.** : | |

### ORDER

On this date came to be considered Defendant's Notice of Appearance as counsel for Defendant Chance Uptmore in this cause, and said Motion is hereby; GRANTED.

SIGNED AND ENTERED on this the _____ day of _____, 2021.


_____
Hon. Royce C. Lamberth
United States District Judge