UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 21-CR-149-RCL |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-156 |
| | : | |
| **CHANCE ANTHONY UPTMORE** and | : | VIOLATIONS: |
| **JAMES HERMAN UPTMORE**, also | : | 18 U.S.C. § 1752(a)(1) |
| known as "Sonny Uptmore," | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| Defendant. | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **CHANCE ANTHONY UPTMORE** and **JAMES HERMAN UPTMORE**, also known as "Sonny Uptmore," did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **CHANCE ANTHONY UPTMORE** and **JAMES HERMAN UPTMORE**, also known as "Sonny Uptmore," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

    (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **CHANCE ANTHONY UPTMORE** and **JAMES HERMAN UPTMORE**, also known as "Sonny Uptmore," willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

    (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **CHANCE ANTHONY UPTMORE** and **JAMES HERMAN UPTMORE**, also known as "Sonny Uptmore," willfully

and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

    (**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Dated:  February 25, 2022

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney

                         By:    /s/ *Mona Lee M. Furst*
                                            MONA LEE M. FURST
                                            Assistant United States Attorney (Detailee)
                                            Kansas Bar No. 13162
                                            United States Attorney's Office
                                            District of Columbia
                                            Telephone No. (316) 269-6537
                                            Mona.Furst@usdoj.gov