**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-CR- 149 (RCL)** |
| | : | |
| **CHANCE UPTMORE,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Chance Uptmore, by and through his attorney, John Convery, now submit this joint status report, requested by the Court at the change of plea hearing on March 31, 2022.

1. On March 31, 20222, Chance Uptmore entered a plea of guilty to 40 U.S.C. sec. 5104(e)(2)(G), Parading, Demonstrating and Picketing in a Capitol building.

2. On April 11, 2011, Chance Uptmore was convicted of 18 U.S.C. sec. 922(g)(3), User in Possession of a Firearm, after a bench trial before the Honorable Fred Biery, federal District Judge for the Western District of Texas. Sentencing in that case has been set for 9:00 am on July 27, 2022. A bench trial was necessary in this case because the Government would not agree to a Conditional Plea.

3. An expedited Pre-Sentence Report was ordered by Judge Biery, who also indicated he would stay any sentence imposed to allow defense to appeal the constitutionality of the statute of conviction.

4. A sentencing date before Your Honor has not yet been set.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:    */s/ Mona Lee M. Furst*
          MONA LEE M. FURST
          Assistant United States Attorney
          Capitol Siege Section
          KS Bar No. 13162
          601 D. Street, N.W.,
          Washington, D.C. 20579
          316-269-6537
          Mona.furst@usdoj.gov

2