# EXHIBIT 2

**LISTENING HEART, LLC**
895 FM 1283
Pipe Creek, Texas 78063
Telephone (210) 857-0760

Donald W. Hanson, LCSW, S.T.D.

July 19, 2022

The Honorable Fred Biery
U.S. District Judge of the Western District of Texas
262 West Nueva Street, San Antonio, TX 78207

                                        RE:   UPTMORE, CHANCE
                                              DOB:  01/06/1997
                                              **RECOMMENDATION**

Dear Judge Biery;

I hope this letter finds you in good spirits and in good health. Although we have not conversed for the last ten years due to my retirement from the U.S. Probation Office, it is with great fondness I address you once again as Your Honor. The above-named individual Chance Uptmore has recently been seen for counseling services. I am his counselor. I have known his family for over twenty years due to our shared faith. Sonny, his father, along with his family, and I have attended the same church, St. Mark's The Evangelist Catholic Church. Over the years I have consoled his father through the death of two of his sons, Shelton and J.J., and through a painful divorce. Unfortunately, Chance was a young teenage boy dealing with the sudden and severe loss of siblings as well as the break-up of his family of origin as a result of divorce. During these tumultuous years, Chance used marijuana heavily to cope with his psychological pain and grief.

The good news is Chance has been sober for the last year and a half. In September 2021, he married Alexandra Bartrug. Alexandra is an Airman in the Air Force and has served for two years. The couple live in an apartment in the downtown area of San Antonio and are expecting their first-born child in December 2, 2022. He has been employed in the family business for the last five years and since April 2021 he is now in charge of the logistics of Powder Coating, LLC.

Page Two
July 19, 2022

The Honorable Fred Biery
U.S. District Judge of the Western District of Texas
262 West Nueva Street, San Antonio, TX 78207

RE:  UPTMORE, CHANCE
DOB: 01/06/1997
**RECOMMENDATION**

When I assessed him, I was impressed with his honesty about the complexities of his instant offense along with his federal offense pending sentencing before Senior Judge Lamberth in the District Court District of Columbia. He takes responsibility for both federal offenses. Chance has no desire to live his former life of being high.

As a retired federal probation officer, it is my hope Your Honor will find a way to grant this young man a sentence of probation due to the nature and circumstances of the offense. Probation as a possible sentence in this case establishes sufficient deterrence of punishment. Chance's characteristic virtue of honesty precludes a criminal lifestyle or personality and enables him to possess the courage to accept responsibility for his actions here in your courtroom and in The Honorable Judge Lamberth's courtroom. Chance is not a threat to public safety. He has respect for law and has shown a strong commitment to his wife through his sober living. Chance is a good candidate to successfully complete federal supervision of a sentence of probation.

Sincerely,

Dr. Donald W. Hanson

Dr. Donald W. Hanson, LCSW, STD

Donald Bentley, MA, LPC, LCDC, CCTP

donbentleyLPC@gmail.com

210.845.4137

July 21, 2022

Honorable Fred Biery, US Courthouse

RE: Chance Uptmore

Dear Honorable Fred Biery,

My name is Donald Bentley, and I am a Licensed Professional Counselor and Licensed Chemical Dependency Counselor. I have been a therapist for eight years, serving men and women struggling with emotional and mental health disorders and substance abuse addictions. I have worked with federal and state inmates who were/are enrolled in substance abuse programs, Child Protective Services clients who were mandated for substance abuse treatment, and active-duty military and veterans who struggle with substance abuse issues. My work has given me the privilege to help men and women overcome their addictions and address any mental health issues they may be struggling to overcome. Finally, I am in recovery myself. I am a recovering alcoholic and am recovering from an addiction to opiates (pain medication). I have ten years of sobriety; without my sobriety, I could never serve the men and women I meet every day who desperately need change and recovery in their lives.

I was Mr. Chance Uptmore's therapist from February 5, 2021, until June 23, 2021. During our time together, Chance worked hard to turn his life around. He agreed from our first visit that he had a problem with marijuana. He shared that he used marijuana continually

every day. As with many young men and women in our society, marijuana is not seen as a problem drug. However, for Chance, he began to see almost immediately how marijuana was negatively impacting his life. I challenged him to remain clean and follow my guidance to help clear his body of THC. He began exercising and changed his lifestyle. He was getting out of his parent's basement and exploring life. Things began to change for Chance in a positive way. He assumed a role in his family's business and demonstrated a knack for running it well. He is now married to a woman he would never have met had he continued down his path.

When Chance left my care, he was nowhere near the man he is today. He has matured and sees the errors in his thought processes that resulted in him standing before you for judgment. Chance no longer carries shame, however. He has become a man and, as a man, realizes his mistakes. He is genuinely sorry for them but also is standing up and taking responsibility for his actions. Chance entered into this unfortunate situation as a boy, but this experience has created a man who is a good son, husband, future father, businessman, and leader.

Sincerely,

Donald L. Bentley, Jr., MA, LPC, LCDC, CCTP

Hon. Fred Biery
United State District Judge
Western District of Texas
262 W. Nueva
San Antonio, Texas 78207

Dear Judge Biery:

My name is James H. "Sonny" Uptmore, Jr. (born 10/5/ 1957). I am the father of 5 boys: JJ (born 3/4/1986, died 3/6/2014); Shelton (born 5/8/1987, died 3/15/2007); David (born 1/13/1990); Cameron (born 9/11/1993) and Chance (born 1/6/1997).

Chance got his name due to his situation, chance at life. His mother promised to abort him because she had already had 4 children and simply couldn't have another. I said no, and be it a boy or a girl, the child had to have a chance at life.

Chance has had the burden of burying 2 brothers and being raised by a mother that never wanted him. Through it all he found happiness and a meaning in life. He has spent a life caring for the defeated. We have a dog named Peppe, who was rejected by the mother. Chance worked with the mother to take Peppe back. Chance at life again.

Chance now carries the scar of a felony, which is a life sentence. But good things can come from bad events. As I told FBI Captain Hauns when I thanked him, he helped me get my son Chance back. As a parent we make big mistakes, and we want our children to learn from our mistakes. The trip to the Trump rally was my birthday present to Chance. His first trip to Washington.

Chance makes friends with everybody, he has no enemies. The grief from the loss of his brothers and the divorce of his parents was part of the reason Chance used and abused pot.

Chance took his arrest and 2 days in Federal prison seriously. It was long enough to make the decision to immediately stop drugs and never return. He is now clean (thank you), got married and through his spouse now carries military spouse ID. They are expecting a son in early December. He runs my Powder Coatings Company in San Antonio, Texas. Please see Chance as a man who, like his dad, has made some bad decisions but is man enough to learn and grow on to be a better person.

As a dad I am very proud of the path that Chance is now on. I hope that when you sentence Chance, you will consider he already carries this felony conviction for life. I ask you to see all the good that has grown out of the bad and allow him to continue on the good path that he chose to be on. Jail is a very dangerous place and I'm afraid he will lose sight of the good that comes from the bad.

Lastly, I am told my deceased son James H. Uptmore III's guns have become a sentencing issue for Chance. The shotgun and rifle, hunting weapons, were seen by agents in a closet in my deceased son's memorial room, adjacent to Chance's room. These firearms are mine, and still have the property room tags from the College Station Police Department that returned them to me. The FBI didn't remove the shotgun and deer rifle, stored unloaded. Chance and I rarely even go in this room. Out of grief I have not been able to deal with the disposal of my deceased son's possessions. His Grandson, James H. Uptmore IV, had engraved on his dad's headstone, "Dad I will never forget you", which tells the story of respect that is not easily forgotten by my family.                            Respectfully,

James H. Uptmore Jr.

Hon. Fred Biery

United States District Judge

Western District of Texas

262 W Nueva

San Antonio, Texas 78207


Dear Judge Biery,

My name is Alexandra Uptmore and with this letter I would like to introduce myself as well as tell you more about Chance Uptmore. I am an active duty Air Force aerospace medical technician working at Brooke Army Medical Center. I come from a small town in Massachusetts and now plan on making San Antonio my permanent residence. I joined the Air Force to start college to become a nurse.

Chance Uptmore is my husband we got married September 2021 and we are now expecting a baby boy this December. I learned of Chance's charges soon after we started dating in March of 2021. Chance had always been very open and transparent about his life which I greatly appreciated. When he first told me I thought he wasn't the brightest for what he'd done but I continued to be with him because I could already see the change in him from that event. Chance is a very kind and loving person despite his past, I couldn't imagine the heartbreak of losing not one but two siblings. Chance loves everybody and truly sees the good in all things. I am the type of person to see a spider in the house and immediately kill it but Chance is the opposite. Many times now he's scooped the bug up in a cup and placed it back outside because he says all life matters and I shouldn't be afraid. Chance gives money to the homeless or will give them food. He always tips everywhere we go. Any time a friend/family member needs something he is the first to help. Chance has always been very supporting of me and cheering me onto success. Every time I have a bad day he is always my shoulder to cry on and always the best part of my day. I truly believe he is my other half and we better each other every day (even though I still can't get him to pick up after himself). Even though these charges have been

looming over our heads for the past year Chance has continued to be perseverant and only continued to better himself, our life, and his business.

The life Chance and I have built and continue to build is something I had dreamed of since I was a little girl. I hope he will be able to be there for our little boy and all the crazy days ahead. Chance is not the same man he was on January 6th nor is he the same man as when I had first met him. I have only seen him grow into a better version of himself day by day. I love Chance with all my heart and I made a vow to love him for better or for worse which I must admit I would be very sad to see him do time behind bars however I am very aware of what his sentencing guidelines are and I know you must do what you feel is right. I really just want you to know that Chance is not a bad man and especially now with no more drugs, being married and a baby on the way I promise you he will not be getting into any more trouble.

Sincerely,

Alexandra D. Uptmore

To:
Hon. Fred Biery
United States District Judge
Western District of Texas
262 W Nueva
San Antonio, Texas 78207


Judge Biery,

My name is David Uptmore and I am a 32-year-old chemical engineer working in Austin. I am Chance's older brother and I have known him since the day he was born. Chance has always been a gentle person and he has never picked a fight with or threatened harm to another person. Being the youngest of 5 boys, he was subject to much torment from us but still managed to grow up to be kind and slow to anger. Chance has been running my father's powder coating business, and since he has quit smoking marijuana, he has found a drive to improve the business and has great ambition for the future. Chance is also married and is eagerly expecting a baby this year.

Chance and I do not see eye to eye on many things and I do not condone many of his past decisions. I also believe that one must be held accountable for the consequences of their actions and I understand the severity of the crime in which Chance is convicted. If I truly believed that prison was necessary to straighten him out, then I would be the first to tell this Court. However, since Chance's arrest I have spoken with him many times and I see a new man. I believe that the responsibility and ambition that Chance has gained since his arrest have done more to rehabilitate him than any prison term would. I trust that if he is allowed to continue on the path that he has embarked on, then he will be an upstanding and productive member of society. I believe that any length of term of probation is an appropriate punishment, but that from now until long past that term's ending, Chance will continue to do what's right for himself, his family, and society. For all of these reasons, I respectfully ask this Court to have leniency on my brother Chance.

Sincerely,

David Uptmore
9404 Billingham Trail
Austin, Texas 78717

Hon. Fred Biery
United States District Judge
Western District of Texas
262 W Nueva
San Antonio, Texas 78207

Your Honor,

My name is Cameron Uptmore, and I am writing in reference to Chance Uptmore, my little brother, who is appearing before your court for being an unlawful user of a controlled substance in possession of a firearm.

I have had a close relationship with Chance for his entire life. We grew up just four years apart and had to lean on each other during the loss of our two brothers and the divorce of our parents. Chance suffered significantly during these times because he was the only kid still living at home during the divorce and was the person who found and tried to resuscitate our deceased brother. I feel that he has tried to cope with these traumas through his drug use. However, he has never let those traumatic experiences stop him from being a kind and thoughtful person. He is quick to show up whenever any help is needed. This past year he dropped everything and drove five hours roundtrip to help me pack up my house and move back to San Antonio.

I feel strongly about Chance and his future and I just want to highlight how drastically he has changed during the months since his arrest. Chance has taken on more of a leadership role with our dad's powder-coating business, has become a husband, and will be a father in December. I look forward to seeing Chance grow as a parent. I have no doubt he will step up and become the father that his son needs. It would be heartbreaking to not have Chance home to see the birth of his first born.

Chance has made decisions that will cost him his freedoms, but I ask that you take into consideration all the things that I have stated and give him the opportunity of a second chance. Chance is not only remorseful for his actions, but is actively making himself into a better brother, husband, and soon to be father. I understand that Chance has broken the law, and will receive consequences, I just hope that the punishments Chance receives will allow him to continue to support his growing family.

Sincerely,

Cameron Uptmore

July 19, 2022

Hon. Fred Biery
United States District Judge
Western District of Texas
262 W. Nueva
San Antonio, TX 78207

RE: USA vs Chance Uptmore
    Cause No. SA-21-CR-0052(1)FB

Hon. Fred Biery:

My name is Jack Uptmore. I am married and have four grown children from 27 through 35. I own a home building and development company and have worked with my dad, Jim Uptmore, for 40 years until his most recent passing on February 3rd of this year. I have been involved in many organizations having chaired or served as President. Currently, I serve as the chairman on the City of San Antonio Building-Related and Fire Codes Appeals and Advisory Board. Our purpose is to hear grievances from contractors and the general public and make final judgments.

I am Chance's uncle and my wife and I are his godparents. We are aware of the situation that he is in and that he made a wrong decision. Chance has always been a very respectful and polite young man when we have been around him and he is very family oriented and loved by all family members. His family has been through more than any family deserves from losing two brothers at a young age. My father, Chance's grandfather, and I spoke about almost everything over the last 40 years as we shared an office together. Having 20 grandchildren, he was always very concerned that they be good people and productive members of society. He always stressed to them of the importance of work and he was a great example. When this came up January 2021, my dad was concerned about the situation and especially because Chance has been doing so well in the powder coating business with his dad, Sonny Uptmore. My dad was concerned that this could alter the positive things that were going on in Chance's life. While he and I realize that you as a judge have to do what you have to do, I would hope that you could make his sentence as lenient as possible so he can get back to being a productive member of our society.

Respectfully,

Jack Uptmore

Hon. Fred Biery                                                                July 21 2022

My name is William Pearce (Bill). I asked Chance if i could write a letter to the court to tell them what I thought about Chance being in the situation he finds himself in.

To start off. I have been a member of St. Marks church in San Antonio since I was a kid. Being at the church. I've been able to meet many family's growing up. I met Sonny Upmore, Chances dad and his Grandfather over the years. I've watched a nurturing family sitting in the church for many years. I coached CYO since 2004. During this time Sonny would mow and take care of the fields. In about 2005 was the first one on one experience I had with Chance. I think he was about 9 or 10. He would be with his dad on the tractor mowing or seeding the fields. He was a great kid. After a couple of years watching this. In 2007 I started seeing a big change in the family. I think this is when Chance's life started to take a turn. I don't know how it couldn't have.

In 2007, is when Shelton Chances brother was killed in a car crash. Shelton dying turned the Upmore family upside down. Before 2007. The Upmores were what seemed to be the perfect family. Mom did PTA. Sonny was huge in the church and CYO. That all changed as far as I could see. I spent a weekend with Sonny at an ACTS Retreat. The reason I think this is important is this is the first glimpse in to the family turmoil that i saw. Sonny gave a testimony about Shelton to 80 men. Sonny was lost as you can imagine. Not long after Shelton died. I saw the family start to fall apart. Sonny confided in me about he and his wife getting a divorce. Came out of nowhere. They were the perfect couple. Chances brother JJ started abusing all kinds of drugs. Later at another ACTS retreat JJ gave a testimony about struggling with his brothers death and his addiction to drugs. The Upmore boys were very close. JJ broke down during the whole weekend. JJ tried to stay clean but he couldn't. The pain inside was un barrable. He use of all kinds of drugs to mask the pain ended in tragedy. JJ OD when Chance was in High school. So now Chance has lost his brother Shelton. Mom and dad were in a horrible divorce. I mean Horrible divorce. Then he looses another brother suddenly in a short amount of time. During the divorce I think his mom and dad worried about themselves rather than their boys. Chance was left alone to deal with some real bad things by himself. I'm not sure any high school kid is prepared to deal with alone. I forgot to mention. I have been involved in Recovery and Prison ministry since 2006. I'm am not An addict but my mom was an alcoholic. I've seen what drugs and alcohol can do to a family. These retreats are to help men and women in recovery from drugs and alcohol help through God. I've heard many testimonies just like Chances. Chance being the youngest. He has seen it all. Non of this excuses Chance for decisions he has made. I know he knows right and wrong. I also know he holds in his heart father and mother wounds, Shelton wounds, JJ wounds and being alone wounds. No drug in the world will ever get rid of those wounds nor will time in prison. Yes, it can mask it but they come back as shame and remorse. I can't get my head around why anyone would touch drugs after loosing a brother to them but I don't have that deep pain in my heart. I was 48 when I lost my older sister to cancer. That was hard to deal with as an adult.

I will tell you this. I'm a faithful man and I know God is in control. I say this because I believe God is working in Chances Life. I believe Chance is in this situation because he has plans for him. I believe the FBI knocking on his door was Chances rock bottom. Scared straight. Whatever you want to call it. Since His arrest. I've seen Chance grow to the person that I knew was in him as a little boy. I've watched him stop using drugs completely. I know a year can be done pretty easily when your butt is in this much trouble. My gut tells me he done for good. I've watched Chance Build his dads powder coating business. He has  grown it and they turn out really good quality products. I office next door to their powder coating business and see Chance most work days. I've seen him happier than I've see him in years. He's clear minded and very responsible.

I can't tell you I know everything that is going on with this case. I can tell you. I think its all in his name CHANCE. He deserves a second chance. We all deserve a second chance. I do think that he needs to be held responsible but I don't think prison is the right course for Chance. I feel that he has a lot to offer our community and his family. I think with the right help Chance can turn around and be a role model to others in his community. I feel that community service would help Chance and the others in his community. Can you think of a better testimony than the one chance is living right now. I feel that he can help other young men with family and brother wounds. The ACTS community puts on four Recovery retreats a year with hundreds of men age from 18-80. I'm so thankful that the FBI knocked on his door. I know Chance was saved that day. I know Chance wont be 80 years old still battling addiction. You hear all the time "I wish so an so could have just gotten help". I feel this may just be the help a young man needs to turn things around. I also think a little counseling wouldn't hurt.

I want to thank you for your time. Chance is a good kid. I will do my best to continue to keep an eye on him.

## Bill Pearce

Gate Services
Bill@gateservices-sa.com
PO Box 701768
San Antonio, TX 78270
ph: 210-464-8880
fax: 866-776-9571



Confidentiality Notice.

The information contained in this email and any attachments to it may be confidential and/or privileged and protected from disclosure. This email is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified, dissemination or copying of this email and its attachments, if any, is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email and permanently delete this email from your system. Thank you.